BRADLEY J. MULLINS (CA SBN 274219)
bym@msk.com
GABRIELLA N. ISMAJ (CA SBN 301594)
gan@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
Guns N' Roses

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alan G. Niven, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Guns N' Roses, a California partnership, and Does 1-10, inclusive,<br><br>Defendant. | CASE NO. 3:25-cv-08236-SMM<br><br>Senior Judge: Hon. Stephen M. McNamee<br><br>**DECLARATION OF FERNANDO LEBEIS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER** |

I, Fernando Lebeis, the undersigned, hereby declare as follows:

1. I have been part of the management team of Defendant Guns N' Roses ("Defendant" or "GNR") since 2010. Through my role in the management team, I am familiar with the structure and operations of the GNR partnership.

2. I submit this declaration in support of Defendant's Motion to Dismiss, or, in the alternative, to Transfer (the "Motion").

3. Unless otherwise noted, I make this declaration of the following facts from my own personal knowledge, and would competently testify thereto if called as a witness.

4. I have reviewed the Complaint filed in the instant lawsuit and I am familiar with the allegations made therein.

5. GNR is a California partnership with its principal place of business in Tennessee.

6. None of GNR's partners reside in Arizona, nor does GNR have any operations, offices, or employees in Arizona.

7. Multiple partners of GNR are located in California, as are their relevant documents.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of March, 2026, at Thousand Oaks, California.

Fernando Lebeis

Fernando Lebeis